# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

GARY CASTERLOW-BEY,

    Plaintiffs,

v.

GOOGLE.COM, INC.,

    Defendant.

CASE NO. 3:17-cv-05764-RBL-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER:**

(1) The Court adopts the Report and Recommendation, and any remaining pending motions are denied as moot.

(2) Plaintiff's action is dismissed for failure to state a claim on which relief can be granted.

**DATED** this 30th day of October, 2017.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1